**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DOREEN MICHELLE ANIAKOR,

                Plaintiff,                20 **CIVIL** 4069 (JLC)

      -v-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 12, 2021, that this action be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York

        March 15, 2021

                                              **RUBY J. KRAJICK**
                                              _____
                                              **Clerk of Court**
                    **BY:**      K. Mango
                                              _____
                                              **Deputy Clerk**