USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DOREEN MICHELLE ANIAKOR,

                Plaintiff,

                -v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------------X

**ORDER**

20-CV-4069 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

On June 13, 2021, Plaintiff filed a motion for attorney fees pursuant to the Equal Access to Justice Act. Pursuant to Local Civil Rule 6.1, the Commissioner's response was due June 28, 2021. To date, the Commissioner has not filed one. Accordingly, the Commissioner is directed to respond by **July 13, 2021** or the Court will consider the motion to be unopposed. Alternatively, the parties may file a stipulation resolving the motion no later than **July 13, 2021.**

    SO ORDERED.

Dated: July 6, 2021
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge